Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP004776
Cashier ID: dhernand
Transaction Date: 12/12/2007
Payer Name: LEE COSSELL KUEHN LOVE

---

CIVIL FILING FEE
For: LEE COSSELL KUEHN LOVE
Case/Party: D-INS-1-07-CV-001596-001
Amount: $350.00

---

CHECK
Check/Money Order Num: 12909
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

LEE COSSELL KUEHN & LOVE LLP

127 E MICHIGAN ST 5TH FL

INDIANAPOLIS IN 46204

1:07-CV-1596 B/L FF

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $45.00 fee will be charged for a returned check."