FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
07 DEC 12 PM 4:04
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TERESA HAUK, )
Plaintiff, ) Cause No.
vs. ) 1:07-cv-1596-SEB-WTL
DAVOL, INC. and, )
C.R. BARD, INC. )
Defendants. )

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff, Teresa Hauk.

I certify that I am admitted to practice in this court.

12/12/07
Date

Nathaniel Lee, #10159-49
127 E. Michigan Street
Indianapolis, IN 46204
Phone: (317) 631-5151
Fax: (317) 624-4561
E-mail: nleelaw.com