FILED
COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

07 DEC 12 PM 4:05

LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| TERESA HAUK, | ) | Cause No. |
| Plaintiff, | ) | |
| vs. | ) | |
| DAVOL, INC. and, C.R. BARD, INC. | ) | 1:07-cv-1596-SEB-WTL |
| Defendants. | ) | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff, Teresa Hauk.

I certify that I am admitted to practice in this court.

12/12/07
Date

Marcelino Lopez, #26461-49
127 E. Michigan Street
Indianapolis, IN 46204
Phone: (317) 631-5151
Fax: (317) 624-4561
E-mail: mlopez@nleelaw.com