IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TERESA HAUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 1:07-cv-1596-SEB-WTL |
| v. | ) | |
| | ) | |
| DAVOL, INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Comes now Kathleen A. DeLaney of DELANEY & DELANEY LLC and enters her Appearance in the above cause for and on behalf of Defendants Davol, Inc. and C.R. Bard, Inc. I certify that I am admitted to practice in this Court.

Respectfully submitted,

_/s/ Kathleen A. DeLaney________
Kathleen A. DeLaney (#18604-49)
Attorney for Plaintiff

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel. 317.920.0400
Fax 317.920.0404
kathleen@delaneylaw.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on December 30, 2007. Notice of this filing will be sent to the following parties by operation of the Courts electronic filing system. Parties may access this filing through the Court's system:

Nathaniel Lee
Lee, Cossell, Kuehn, & Love, LLP
nlee@nleelaw.com

Marcelino Lopez
Lee, Cossell, Kuehn, & Love, LLP
Mlopez@nleelaw.com

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel. 317.920.0400
Fax 317.920.0404
kathleen@delaneylaw.net