IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TERESA HAUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 1:07-cv-1596-SEB-WTL |
| v. | ) | |
| | ) | |
| DAVOL, INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendants Davol, Inc. and C.R. Bard, Inc. hereby file this Corporate Disclosure Statement pursuant to Southern District of Indiana Local Rule 7.2 and state as follows:

1. Parent corporations of the corporation: Davol, Inc., a wholly owned subsidiary of C.R. Bard, Inc. and C.R. Bard, Inc. have no parent corporation.

2. Any publicly held company or investment fund that owns ten percent (10%) or more of the corporation: No publicly held corporation owns more than 10% of its stock.

Dated: December 30, 2007

Respectfully submitted,

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney (#18604-49)
Counsel for Davol, Inc., and C.R. Bard, Inc.

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel. 317.920.0400
Fax 317.920.0404
kathleen@delaneylaw.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on December 30, 2007. Notice of this filing will be sent to the following parties by operation of the Courts electronic filing system. Parties may access this filing through the Court's system:

Nathaniel Lee
Lee, Cossell, Kuehn, & Love, LLP
nlee@nleelaw.com

Marcelino Lopez
Lee, Cossell, Kuehn, & Love, LLP
Mlopez@nleelaw.com

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel. 317.920.0400
Fax 317.920.0404
kathleen@delaneylaw.net