IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TERESA HAUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 1:07-cv-1596-SEB-WTL |
| v. | ) | |
| | ) | |
| DAVOL, INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AUTOMATIC INITIAL ENLARGEMENT OF TIME**

Come now Defendants Davol, Inc. and C.R. Bard, Inc., by counsel, and respectfully move the Court for an enlargement of time to respond to Plaintiff's Complaint. In support of their motion herein, Defendant would show the Court the following:

1. Defendants Davol, Inc. and C.R. Bard, Inc.'s response to the Complaint is due on February 11, 2008, and that the time for such response has not expired.

2. No prior enlargements of time have been requested.

3. Defendants request a thirty day enlargement of time to respond to the Complaint to expire on March 12, 2008.

4. An enlargement of time is necessary because the attorneys for Defendants have only recently been retained in this case and have not had adequate time to investigate or prepare an appropriate response to the Complaint.

5. Counsel for Defendants, Kathleen A. DeLaney, consulted with counsel for Plaintiff, Marcelino Lopez, via telephone on Wednesday, February 6, 2008. Plaintiff's counsel has no objection to the requested extension of time.

WHEREFORE, Defendants Davol, Inc. and C.R. Bard, Inc., pray for an enlargement of time within which to respond to Plaintiff's Complaint for a period of thirty (30) days, or to and including **March 12, 2008**.

Respectfully submitted,

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney, #18604-49
*Attorney for Defendants Davol, Inc. and C.R. Bard, Inc.*

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel: (317) 920-0400
Fax: (317) 920-0404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on February 6, 2008. Notice of this filing will be sent to the following parties by operation of the Courts electronic filing system. Parties may access this filing through the Court's system:

Nathaniel Lee
Lee, Cossell, Kuehn, & Love, LLP
nlee@nleelaw.com

Marcelino Lopez
Lee, Cossell, Kuehn, & Love, LLP
Mlopez@nleelaw.com

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel: (317) 920-0400
Fax: (317) 920-0404