CLOSED

# U.S. District Court
# Southern District of Indiana (Indianapolis)
# CIVIL DOCKET FOR CASE #: 1:07−cv−01596−SEB−WTL

HAUK v. DAVOL, INC. et al
Assigned to: Judge Sarah Evans Barker
Referred to: Magistrate Judge William T. Lawrence
Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/12/2007
Date Terminated: 02/27/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**TERESA HAUK**

represented by **Marcelino G. Lopez**
LEE COSSELL KUEHN &LOVE LLP
127 East Michigan Street
Indianapolis, IN 46204
(317) 631−5151
Fax: 317−624−4561
Email: mlopez@nleelaw.com
*ATTORNEY TO BE NOTICED*

**Nathaniel Lee**
LEE COSSELL KUEHN &LOVE LLP
127 East Michigan Street
Indianapolis, IN 46204
(317) 631−5151
Fax: (317) 624−4561
Email: nlee@nleelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL, INC.**

represented by **Kathleen Ann DeLaney**
DELANEY &DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
(317) 920−0400
Fax: (317) 920−0404
Email: kathleen@delaneylaw.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. BARD, INC.**

represented by **Kathleen Ann DeLaney**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2007 | " 1 | |

| | | |
|---|---|---|
| | | COMPLAINT with Jury Demand filed by TERESA HAUK against DAVOL, INC. and C.R. BARD, INC.(DH) (Entered: 12/13/2007) |
| 12/12/2007 | " 2 | CIVIL COVER SHEET filed by Plaintiff, TERESA HAUK. (DH) (Entered: 12/13/2007) |
| 12/12/2007 | " 3 | RECEIPT #IP004776 in the amount of $350.00 for filing fee. (DH) (Entered: 12/13/2007) |
| 12/12/2007 | " 4 | NOTICE of Appearance by Nathaniel Lee on behalf of Plaintiff, TERESA HAUK. (DH) (Entered: 12/13/2007) |
| 12/12/2007 | " 5 | NOTICE of Appearance by Marcelino G. Lopez on behalf of Plaintiff, TERESA HAUK. (DH) (Entered: 12/13/2007) |
| 12/12/2007 | " 6 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (DH) (Entered: 12/13/2007) |
| 12/12/2007 | " 7 | NOTICE of Lawsuit &Request for Waiver of Service for Summons Supplied by TERESA HAUK. (DH) (Entered: 12/13/2007) |
| 12/19/2007 | " 8 | WAIVER OF SERVICE Returned Executed, filed by TERESA HAUK. DAVOL, INC. waiver sent on 12/12/2007; C.R. BARD, INC. waiver sent on 12/12/2007. (Lopez, Marcelino) (Entered: 12/19/2007) |
| 12/31/2007 | " 9 | NOTICE of Appearance by Kathleen Ann DeLaney on behalf of Defendants DAVOL, INC., C.R. BARD, INC.. (DeLaney, Kathleen) (Entered: 12/31/2007) |
| 12/31/2007 | " 10 | Corporate Disclosure Statement by DAVOL, INC., C.R. BARD, INC.. (DeLaney, Kathleen) (Entered: 12/31/2007) |
| 01/16/2008 | " 11 | SCHEDULING ORDER: Initial Pretrial Conference set for 3/11/2008 08:30 AM in room #277 before Magistrate Judge William T. Lawrence. (See Entry) (TMA) (Entered: 01/16/2008) |
| 02/06/2008 | " 12 | NOTICE of Parties' First Extension of Time, filed by Defendants DAVOL, INC., C.R. BARD, INC.. (DeLaney, Kathleen) (Entered: 02/06/2008) |
| 02/27/2008 | " 13 | CLOSED TRANSFER to the District of Rhode Island In Re: MDL 1842, Kugel Mesh Hernia Patch Products Liability Litigation, pursuant to certified Conditional Transfer Order #14, under the District of Rhode Island Cause No. 08−2329. (TMA) (Entered: 02/28/2008) |

**Case #: 1:07−cv−01596−SEB−WTL**